An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY L.O.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
DEBORAH SCHUMACHER, DISTRICT
JUDGE,
Respondents,
and
WASHOE COUNTY DEPARTMENT OF
SOCIAL SERVICES,
Real Party in Interest.

No. 62922

**FILED**

OCT 1 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DENYING PETITION FOR WRIT OF CERTIORARI*

This is a proper person original petition for a writ of certiorari challenging the sufficiency of notice of a protective custody hearing in a dependency proceeding. Petitioner seeks dismissal of the action and the release of the minor child to his custody.

A writ of certiorari is available when an inferior tribunal, board, or judicial officer has exceeded its jurisdiction. *See* NRS 34.020(2). Petitioner has the burden of demonstrating that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). The issuance of an extraordinary writ is purely discretionary with this court. *Dangberg Holdings Nev., LLC v. Douglas Cnty. and its Bd. of Cnty. Comm'rs*, 115 Nev. 129, 138, 978 P.2d 311, 316 (1999); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-31262

Having reviewed the petition and the answer to the petition, we conclude that our intervention by extraordinary writ is not warranted. *See Pan*, 120 Nev. at 228, 88 P.3d at 844; *Smith,* 107 Nev. at 677, 818 P.2d at 851. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Deborah Schumacher, District Judge, Family Court Division
       Cynthia C. Lu, Court Master, Family Court Division
       Jerry L.O.
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]We deny the motion to seal filed by real party in interest. Other than redacting petitioner's name in this order, we are not persuaded that the grounds for sealing or redacting this entire file have been established. *See* SRCR 3(4). We also deny as moot petitioner's motion for a stay, and deny all other requests for relief asserted in petitioner's multiple filings in this court.